NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEVE W. MOUNTFORD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7200

---

Appeal from the United States Court of Appeals for Veterans Claims in 09-1759, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

Eric K. Shinseki, Secretary of Veterans Affairs moves without opposition to stay the briefing schedule for 60 days, until May 29, 2012, due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the Secretary's brief is due on or before May 29, 2012.

FOR THE COURT

MAR 29 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert L. Kinder, Jr., Esq.
     Todd M. Hughes, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 9 2012

JAN HORBALY
CLERK